UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATION VENTURES, LLC f/d/b/a
LIVING ESSENTIALS, a Michigan
limited liability company,

      Plaintiff,                        Case No. 12-13850

vs.                                       Hon. Bernard A. Friedman

CUSTOM NUTRITION LABORATORIES, LLC,
a Texas limited liability company,
NUTRITION SCIENCE LABORATORIES, LLC, a
Texas limited liability company,
and ALAN JONES,

      Defendants.

---

**MCDONALD HOPKINS, PLC**
James J. Giszczak (P46917)
Timothy J. Lowe (P68669)
Attorneys for Plaintiff
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
(248) 220-1354
jgiszczak@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com

---

**PLAINTIFF'S DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTEREST**

      Pursuant to Fed. R. Civ. P. 7.1 and E.D. Mich. LR 83.4, Plaintiff, Innovation Ventures,

LLC, f/d/b/a Living Essentials, by its attorneys McDonald Hopkins, PLC, makes the following

disclosure:

      1.      Is said corporate party a subsidiary or affiliate of a publicly owned
              corporation?

              Yes  ____           No  __X__

2. Is there a publicly owned corporation or its affiliate, not a party to the case, which has a substantial financial interest in the outcome of the litigation?

Yes _____          No   X

Respectfully submitted,

**MCDONALD HOPKINS, PLC**

By: /s/James J. Giszczak
James J. Giszczak (P46917)
Timothy J. Lowe (P68669)
Attorneys for Plaintiff
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
(248) 220-1354
jgiszczak@mcdonaldhopkins.com
tlowe@mcdonaldhopkins.com

Dated:  August 30, 2012