UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INNOVATION VENTURES, L.L.C. §<br>d/b/a/ LIVING ESSENTIALS §<br>§<br>    Plaintiff, §<br>§<br>vs. §<br>§<br>CUSTOM NUTRITION LABORATORIES, LLC, §<br>a Texas Limited Liability Company, NUTRITION §<br>SCIENCE LABORATORIES, LLC, a Texas §<br>Limited liability Company, and ALAN JONES, §<br>§<br>Defendants. § | Case No. 2:12-cv-13850-BAF-MJH<br><br>Hon. Bernard A. Friedman |

_____

| | |
|---|---|
| **BANOWSKY & LEVINE, P.C.** | PIERCE, FARRELL & TAFELSKI, PLC |
| Baxter W. Banowsky | Mark C. Pierce, Esq. |
| Texas State Bar No. 00783593 | 2525 S. Telegraph Road |
| 12801 N. Central Expressway | Suite 100 |
| Suite 1700 | Bloomfield Hills, MI  48302 |
| Dallas, Texas 75243 | (248) 451-2200 |
| (214) 871-1300 | (248) 456-8470 (fax) |
| (214) 871-0038 (fax) | mpierce@pierce-law.net |
| bwb@banowsky.com | Attorneys for Defendant |

_____

DEFENDANT NUTRITION SCIENCE LABORATORIES, LLC'S
DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| INNOVATION VENTURES, L.L.C. d/b/a/ LIVING ESSENTIALS | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 2:12-cv-13850-BAF-MJH |
| CUSTOM NUTRITION LABORATORIES, LLC, a Texas Limited Liability Company, NUTRITION SCIENCE LABORATORIES, LLC, a Texas Limited liability Company, and ALAN JONES, | § § § § § § | Hon. Bernard A. Friedman |
| Defendants. | § § | |

| | |
|---|---|
| **BANOWSKY & LEVINE, P.C.** | PIERCE, FARRELL & TAFELSKI, PLC |
| Baxter W. Banowsky | Mark C. Pierce, Esq. |
| Texas State Bar No. 00783593 | 2525 S. Telegraph Road |
| 12801 N. Central Expressway | Suite 100 |
| Suite 1700 | Bloomfield Hills, MI  48302 |
| Dallas, Texas 75243 | (248) 451-2200 |
| (214) 871-1300 | (248) 456-8470 (fax) |
| (214) 871-0038 (fax) | mpierce@pierce-law.net |
| bwb@banowsky.com | Attorneys for Defendant |

DEFENDANT NUTRITION SCIENCE LABORATORIES, LLC'S
DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Fed. R. Civ. P. 7.1 and E.D. Mich. LR 83.4, Defendant Nutrition Science Laboratories, LLC, by it attorneys, Banowsky & Levine, P.C., makes the following disclosure.

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____        No __X__

2. Is there a publicly owned corporation or its affiliate, not a party to the case, which has a substantial financial interest in the outcome of the litigation.

Yes        No   X

Dated: September 13, 2012

                            Respectfully submitted,

                            BANOWSKY & LEVINE, P.C.

                            /s/ Baxter W. Banowsky
                            Baxter W. Banowsky
                            Texas State Bar No. 00783593

                            12801 N. Central Expressway
                            Suite 1700
                            Dallas, Texas  75243
                            Telephone:  (214) 871-1300
                            Facsimile: (214) 871-0038
                            bwb@banowsky.com


                            PIERCE, FARRELL & TAFELSKI, PLC

                            Mark C. Pierce, Esq.

                            2525 S. Telegraph Road, Suite 100
                            Bloomfield Hills, MI  48302
                            (248) 451-2200
                            (248) 456-8470 (fax)
                            mpierce@pierce-law.net

                            ATTORNEYS FOR DEFENDANT
                            NUTRITION SCIENCE LABORATORIES, LLC.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served, via the Court's ECF system, contemporaneously with its filing.

/s/ Baxter W. Banowsky  
Baxter W. Banowsky