UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNOVATION VENTURES, LLC f/d/b/a
LIVING ESSENTIALS, a Michigan
limited liability company,

       Plaintiff/Counter-Defendant,       Case No. 12-cv-13850

v.       Hon. Terrence G. Berg

CUSTOM NUTRITION LABORATORIES, LLC,
a Texas limited liability company,

       Defendant,

NUTRITION SCIENCE LABORATORIES, LLC, a
Texas limited liability company,
and ALAN JONES,

       Defendants/Counter-Plaintiffs.
_____/

## **JUDGMENT**

Pursuant to the parties' Stipulation dated June 21, 2017, the Court's previous orders, and the default entered against Custom Nutrition Laboratories, LLC, judgment is hereby entered in favor of Innovation Ventures, LLC and against Defendants Custom Nutrition Laboratories, LLC, Nutrition Science Laboratories, LLC, and Alan Jones in the nominal amount of $1.00. Each party shall bear its own costs and fees. This is a final order and closes the case.

Dated:  June 26, 2017       s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

Approved as to Form Only and Preserving All Rights of Appeal:

By: /s/ *Martha J. Olijnyk* (P60191)
E. Powell Miller (P39487)
Martha J. Olijnyk (P60191)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Ste. 300
Rochester, MI  48307
(248) 841-2200
mjo@millerlawpc.com

Kevin J. Watts (P64852)
OAKLAND LAW GROUP, PLLC
38955 Hills Tech Drive
Farmington Hills, MI  48307
(248) 536-3282
kwatts@oaklandlawgroup.com

Matthew T. Nelson (P64768)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Avenue, NW
Grand Rapids, MI  49502
(616) 752-2539
mnelson@wnj.com

Attorneys for Innovation Ventures, LLC

By: /s/ *Baxter W. Banowsky* ( by MJO with consent)
Baxter W. Banowsky
Texas State Bar No. 00783593
BANOWSKY & LEVINE, P.C.
12801 N. Central Expressway, Suite 1700
Dallas, Texas  75243
(214) 871-1300
bwb@banowsky.com

Mark C. Pierce (P25946)
PIERCE, FARRELL, TAFELSKI & WELLS, PLC
2525 S. Telegraph Road, Suite 100
Bloomfield Hills, MI  48302
(248) 451-2200
mpierce@pft-law.com

Attorneys for Nutrition Science Laboratories, LLC and Alan Jones