MIED (Rev. 04/09/06) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INNOVATION VENTURES, LLC

           Plaintiff(s),

v.

CUSTOM NUTRITION LABORATORES, LLC, et al.

           Defendant(s).
_____/

Case No. 4:12-cv-13850

Judge Terrence G. Berg

Magistrate Judge Michael Hluchaniuk

## NOTICE OF APPEAL

Notice is hereby given that INNOVATION VENTURES, LLC appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on June 26, 2017.

Date: June 26, 2017

Counsel is: RETAINED

/s/ Matthew T. Nelson

P64768
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503
(616) 752-2539
mnelson@wnj.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.