UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

INNOVATION VENTURES, LLC

        Plaintiff(s),

v.

CUSTOM NUTRITION LABORATORIES, LLC, et al.

        Defendant(s).
_____/

Case No. 4:12-cv-13850

Judge Terrence G. Berg

Magistrate Judge Michael Hluchaniuk

## NOTICE OF APPEAL

Notice is hereby given that **Nutrition Science Laboratories, LLC and Alan Jones** appeals to the United States Court of Appeals for the Sixth Circuit from the:   ☑ Judgment   ☐ Order

☐ Other: _____

entered in this action on **June 26, 2017**.

Date: July 6, 2017

Counsel is: RETAINED

/s/ Baxter W. Banowsky

783593
Banowsky & Levine, P.C.
12801 N. Central Expy.
Suite 1700
Dalas, TX 75243
214-871-1300
bwb@banowsky.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.