## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 19, 2018

Mr. Baxter W. Banowsky
Mr. John J. Bursch
Mr. E. Powell Miller
Mr. Matthew T. Nelson
Ms. Martha Joan Olijnyk
Mr. Mark C. Pierce

Re: Case No. 17-1734/17-1771/17-1911, *Innovation Ventures, LLC v. Custom Nutrition Lab, LLC, et al*
Originating Case No. : 4:12-cv-13850

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

cc: Mr. David J. Weaver

Enclosure

Case No. 17-1734/17-1771/17-1911

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

INNOVATION VENTURES, LLC, a Michigan limited liability company, fdba Living Essentials

      Plaintiff - Appellant Cross-Appellee

v.

CUSTOM NUTRITION LABORATORIES, LLC, et al.

      Defendant

and

NUTRITION SCIENCE LABORATORIES, LLC, et al.

      Defendants - Appellees Cross-Appellants

   The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

   It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: June 19, 2018