UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CUSTOM NUTRITION LABORATORIES, LLC, NUTRITION SCIENCE LABORATORIES, LLC, and ALAN JONES,<br><br>Defendants. | 4:12-CV-13850-TGB<br><br>ORDER FOR PARTIES TO SUBMIT A CASE MANAGEMENT PLAN AND TO APPEAR FOR A TELEPHONIC STATUS CONFERENCE |

This matter is again before the Court, newly remanded in part from the Sixth Circuit Court of Appeals. To assist in the efficient resolution of this matter, the Court orders the following:

The Clerk of the Court is directed to reopen this case.

A telephonic status conference will be held on Wednesday, March 13, 2019 at 10:00 a.m. EST. Counsel for Innovation Ventures will initiate the call and include the Court when all parties are present by calling (313) 234-2640.

Parties are directed to meet and confer (telephonically, if necessary) to discuss an efficient case management plan for the remaining stages of this litigation, taking into account the decision of the Sixth Circuit. Parties are directed to file on the docket a joint proposed case management plan by no later than Monday, March 11, 2019.

The submission should address (1) proposed pretrial motions, if any, that the parties may wish to make; (2) a proposed schedule for adjudicating such motions; (3) any other outstanding issues that need to be addressed in order to expedite the completion of a trial of this matter. The joint proposed case management plan shall not exceed ten (10) pages.

Until further order of the Court, no party may file any motion in this matter.

DATED this 20th day of February, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge